**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: J.W. & A.W., MINOR CHILDREN : No. 146 MAL 2018
:
:
PETITION OF: M.W., NATURAL : Petition for Allowance of Appeal from
MOTHER : the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.